

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-21-00360-CR

Kevin Jason **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0029
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief does not meet Rule 38.1's requirements for issues presented, summaries of the argument, the argument, or the prayer. *See* TEX. R. APP. P. 38.1(f), (h), (i), and (j). One issue is stated in the table of contents, but it is neither discussed nor tied to the only argument found in the brief. The argument in the brief appears on the last page and contains one citation each for two total cases used but not discussed. Furthermore, the prayer identifies an error by the State but not the trial court. It does not refer at all to judgments this court could render upon full consideration of the appeal.

This court may order a party to amend, supplement, or redraw a brief if it fails to properly present the case. *See id.* R. 38.9(b). We conclude that the defects described above constitute a violation of Rule 38.9(b).

Therefore, we **strike** Appellant's brief and **order** Appellant Gonzales to file an amended brief within **ten days** of the date of this order. **The amended brief must correct the violations listed above and fully comply with the applicable rules.** *See, e.g., id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a). The result of failing to file an appellant's brief in a criminal case is described in Rule 38.8(b).

If Appellant timely files a brief that complies with this order, Appellees' brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

MICHAEL A. CRUZ, Clerk of Court